■ Patricia Gerardi, an Infant, by Helen Gerardi, Her Guardian ad Litem, et al., Appellants, v. Anthony Krais et al., Respondents. — In an action by an infant to recover damages for personal injuries and by her mother for medical expenses, the appeal is (1) from a judgment, entered on a jury verdict, dismissing the complaint, (2) from the denial of an oral motion to set aside the verdict and for a new trial, and (3) from an order dated April 12, 1955, as resettled by order dated May 23, 1955, denying a motion to set aside the verdict and for a new trial on the ground of newly discovered evidence and on other grounds. Judgment and order as resettled unanimously affirmed, without costs. No opinion. Appeal from denial of oral motion to set aside the verdict dismissed, without costs. No appeal lies from a denial of a motion, and no order denying said motion is printed in the record. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

is from an order denying the petition and dismissing the proceeding. The determination sought to be reviewed affirmed an order of the local rent administrator, Brooklyn Local Rent Office, revoking the decontrol of an apartment in appellant's building and fixing the maximum rent therefor. Order unanimously affirmed, without costs. There was substantial evidence to support the State Rent Administrator's finding that when the vacancy in the subject apartment occurred the building was occupied as a three-family house. Accordingly that finding may not be disturbed. (Cf. *Matter of Avon Bar & Grill* v. *O'Connell*, 301 N. Y. 150, 153; *Matter of Kathy Realty Corp.* v. *McGoldrick*, 281 App. Div. 850). We are also of opinion that, on the record presented, the State Rent Administrator did not act arbitrarily or capriciously in fixing the maximum rent on the basis of a registration statement on file for five of the six rooms originally rented to the tenant (not a party to this proceeding) in view of substantial evidence therein that one of the rooms was repossessed by the appellant so that the accommodation occupied by the tenant at the time of the determination was the same as that for which the registration statement was filed. In any event, the State Rent Administrator's determination was without prejudice to an application for an increase in rent pursuant to subdivision 1 of section 33 of the State Rent and Eviction Regulations. The facts with respect to the occupancy of the sixth room may be presented and determined on such application. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.